MAIRA, Respondent, v. FRIEDMAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Louis Maira against Esther Friedman, impleaded with others. No opinion. Judgment and order affirmed, with costs. See, also, 155 N. Y. Supp. 1123.

MAIRA et al., Respondents, v. FRIEDMAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Louis Maira and others against Esther Friedman and others. No opinion. Order of affirmance heretofore entered amended, so as to allow a separate bill of costs of the appeal to the respondents Charles W. Hartung, Whitmore, Rauber & Vicinus, and Rochester German Brick & Tile Company. See, also, 155 N. Y. Supp. 1123.

MAKI, Appellant, v. RODGERS & HAGERTY, Inc., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Nestor Maki against Rodgers & Hagerty, Incorporated. Henry Leon Slobodin, of New York City, for appellant. E. F. Lindsay, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MALE, Appellant, v. ATCHISON, T. & S. F. RY. CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Francis S. Male, as trustee, etc., against the Atchison, Topeka & Santa Fé Railway Company, impleaded with others. W. G. Cooke, of New York City, for appellant. W. D. Hines, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

MALLETT v. MITCHEL et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by William A. Mallett against John P. Mitchel and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1123.

MALLETT v. MITCHEL et al. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by William A. Mallett against John P. Mitchel and others. No opinion. Motion granted, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1123.

MALMAN v. BABCOCK & WILCOX CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Adolph Malman against the Babcock & Wilcox Company. No opinion. Motion granted, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1132.

MALONE, Appellant, v. CATHOLIC RELIEF & BENEFICIARY ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Thomas Malone against the Catholic Relief & Beneficiary Association. No opinion. Judg-

ment and order affirmed, with costs. See, also, 162 App. Div. 935, 147 N. Y. Supp. 1125.

MAMARONECK SASH, DOOR & TRIM CO., Inc., Respondent, v. WOOD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by the Mamaroneck Sash, Door & Trim Company, Incorporated, against Francis B. Wood and another.

PER CURIAM. Judgment affirmed, with costs. See, also, 164 App. Div. 952, 149 N. Y. Supp. 1095.

MILLS, J., took no part.

MANCINI, Respondent, v. CLAREMONT IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Tommaso Mancini against the Claremont Iron Works. W. E. Collins, of New York City, for appellant. L. B. Cohen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MANHATTAN MORTGAGE CO., Respondent, v. EDWINA CO., Inc., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by the Manhattan Mortgage Company against Edwina Company, Incorporated, and others. Wechsler & Kohn, of New York City, for appellant. H. Swain, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MANHATTAN RY. CO., Appellant, v. BOCKAR et al., Respondents. SAME v. WINGERT et al. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Actions by the Manhattan Railway Company against Anetta Bockar and others and against Henry A. Wingert and others. J. O. Nichols, of New York City, for appellant. A. Furber, of New York City, for respondents. No opinion. Orders affirmed, with costs. Orders filed. See, also, 154 N. Y. Supp. 1132.

MANNA v. SCHENECTADY ILLUMINATING CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Maria Manna against the Schenectady Illuminating Company. No opinion. Motion granted by default.

MANSON, Appellant, v. CURTIS, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Philip Manson against K. Kingsbury Curtis. C. Blandy, of New York City, for appellant. H. Taylor, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARKS, Respondent, v. MAGID et al., Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Michael Marks against David Magid and another. W. E. Ernst, of New York City, for appellant. B. E. Messler, of New York City, for respondent. No opinion. Determina-